UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN BANKS,<br><br>    Respondent. | Case No. CV-06-580-VBF (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

IT IS ORDERED that a Judgment be issued dismissing the instant Petition without prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on Petitioner and counsel for Respondent.

DATED: September 9, 2008

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge