UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. JOHNSON,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN BANKS,<br><br>        Respondent. | Case No. CV-06-580-VBF (JWJ)<br><br><br>JUDGMENT |

    Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    IT IS ADJUDGED that Judgment be entered dismissing the Petition without prejudice.

DATED: September 9, 2008

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
United States District Judge